1  Russell C. Petersen (Cal. Bar No. 264245)
   Russ.Petersen@hansonbridgett.com
2  HANSON BRIDGETT LLP
   425 Market Street, 26th Floor
3  San Francisco, CA 94105
   Telephone:    (415) 777-3200
4  Facsimile:    (415) 541-9366

5  Li Chen (*pro hac vice*)
   lchen@chenmalin.com
6  Kristoffer Leftwich (*pro hac vice*)
   kleftwich@chenmalin.com
7  CHEN MALIN LLP
   1700 Pacific Avenue, Suite 2400
8  Dallas, TX 75201
   Telephone:    (214) 627-9950
9  Facsimile:    (214) 627-9940

10 ATTORNEYS FOR PLAINTIFF/COUNTEDEFENDANTS
   Everlight Electronics Co., Ltd. and
11 Everlight Americas, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EVERLIGHT ELECTRONICS CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> BRIDGELUX, INC., <br><br> Defendant. <br><br> BRIDGELUX, INC., <br><br> Counterclaimant, <br><br> v. <br><br> EVERLIGHT ELECTRONICS CO., LTD. AND EVERLIGHT AMERICAS, INC., <br><br> Counterdefendants. | Case Number: 4:17-cv-3363-JSW <br><br> **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF EVERLIGHT ELECTRONICS CO., LTD'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS** <br><br> [FILED CONCURRENTLY WITH EVERLIGHT'S RESPONSE TO MOTION TO DISMISS] <br><br> Date:  February 2, 2018 <br> Time:  9:00 a.m. <br> Dept:  Courtroom 5 <br> Judge: Hon. Jeffrey S. White |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Evidence section 201 and *Lee v. City of Los Angeles*, 250 F.3d 668, 688-690 (9th Cir. 2001), Plaintiff Everlight Electronics Co., Ltd. ("Everlight") requests that the Court take judicial notice of the following documents, true and correct copies of which are attached as Exhibits B-K to the Declaration of Li Chen in Support of Everlight's Response to Defendant's Motion to Dismiss.

EXHIBIT B: United States Patent and Trademark Office ("USPTO") recordation of the Patent Assignment from Gentex Corp. to Everlight Electronics Co., Ltd. available at Reel No. 042732, Frame Nos. 0285 – 0290.

EXHIBIT C: USPTO recordation of a redacted copy of the Assignment Agreement between Gentex Corp. and Everlight Electronics Co., Ltd. available at Reel No. 043096, Frame Nos. 0522 – 0543.

EXHIBIT D: USPTO Patent Assignment Search results for U.S. Pat. No. 6,335,548 showing the recordation of an assignment of assignor's interest at Reel No. 042732, Frame No. 0285 and Reel No. 043096, Frame No. 0522.

EXHIBIT E: USPTO Patent Assignment Search results for U.S. Pat. No. 7,253,448 showing the recordation of an assignment of assignor's interest at Reel No. 042732, Frame No. 0285 and Reel No. 043096, Frame No. 0522.

EXHIBIT F: U.S. Patent No. 9,006,765 B2, stemming from U.S. Patent Application No. 13/959,556 and showing Bridgelux, Inc. as the assignee.

EXHIBIT G: Office Action of June 17, 2014, concerning Bridgelux's U.S. Patent Application No. 13/959,556, and sent to the law firm of Arent Fox, LLP, Bridgelux's prosecution counsel and counsel in this case.

EXHIBIT H: U.S. Patent No. 8,084,777 B2, stemming from U.S. Patent Application No. 12/410,208 and showing Bridgelux, Inc. as the assignee.

EXHIBIT I: Information Disclosure Statement by Applicant during prosecution of Application No. 12/410,208, filed with the United States Patent and Trademark

Office on March 24, 2009, disclosing Patent Application Publication US 2002-0004251 A1 to Roberts et al.

EXHIBIT J: Power of Attorney from Assignee executed by Bridgelux, Inc. designating Mr. Craig Gelfound as its counsel of record to prosecute U.S. Patent Application No. 12/410,208.

EXHIBIT K: U.S. Patent Application Publication No. US 2002/0004251 A1 to Roberts et al.

Date: January 16, 2018

Respectfully submitted,

HANSON BRIDGETT LLP

*/s/ Russell C. Petersen*
Russell C. Petersen (Cal. Bar No. 264245)
Russ.Petersen@hansonbridgett.com
HANSON BRIDGETT LLP
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone:   (415) 777-3200
Facsimile:    (415) 541-9366

LI CHEN (*pro hac vice*)
KRISTOFFER LEFTWICH (*pro hac vice*)

ATTORNEYS FOR PLAINTIFF/
COUNTEDEFENDANTS
Everlight Electronics Co., Ltd. and
Everlight Americas, Inc.

-2-    Case No. 4:17-cv-3633 JSW
REQUEST FOR JUDICIAL NOTICE ISO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS
14086957.1