| | |
|---|---|
| 1 | Russell C. Petersen (Cal. Bar No. 264245) |
| 2 | Russ.Petersen@hansonbridgett.com<br>HANSON BRIDGETT LLP |
| 3 | 425 Market Street, 26th Floor<br>San Francisco, CA 94105 |
| 4 | Telephone:  (415) 777-3200<br>Facsimile:   (415) 541-9366 |
| 5 | Li Chen (pro hac vice) |
| 6 | lchen@chenmalin.com<br>Kristoffer Leftwich (pro hac vice) |
| 7 | kleftwich@chenmalin.com<br>CHEN MALIN LLP |
| 8 | 1700 Pacific Avenue, Suite 2400<br>Dallas, TX 75201 |
| 9 | Telephone:  (214) 627-9950<br>Facsimile:   (214) 627-9940 |
| 10 | ATTORNEYS FOR PLAINTIFF/COUNTEDEFENDANTS |
| 11 | Everlight Electronics Co., Ltd. and<br>Everlight Americas, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EVERLIGHT ELECTRONICS CO., LTD.,<br><br>        Plaintiff,<br><br>   v.<br><br>BRIDGELUX, INC.,<br><br>        Defendant.<br><br>BRIDGELUX, INC.,<br><br>        Counterclaimant,<br><br>   v.<br><br>EVERLIGHT ELECTRONICS CO., LTD.<br>AND EVERLIGHT AMERICAS, INC.,<br><br>        Counterdefendants. | Case Number: 4:17-cv-3363-JSW<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION REGARDING FOURTEEN DAY EXTENSION TO DEADLINE FOR THE PARTIES' PATENT L.R. 3-8 DAMAGES CONTENTIONS AND PATENT L.R. 3-9 RESPONSIVE DAMAGES CONTENTIONS<br><br>Dept:     Courtroom 5, 2nd Floor<br>Judge:    Hon. Jeffrey S. White<br><br>Complaint Filed:     June 10, 2017<br>Amended Answer/<br>Counterclaim Filed:  July 31, 2017 |

Case No. 4:17-cv-3633 JSW

ORDER GRANTING STIPULATION REGARDING FOURTEEN DAY EXTENSION TO DEADLINE FOR THE PARTIES' PATENT L.R. 3-8 DAMAGES CONTENTIONS AND PATENT L.R. 3-9 RESPONSIVE DAMAGES CONTENTIONS

Before the Court is the parties' Stipulation Regarding Fourteen Day Extension To Deadline For The Parties' Patent L.R. 3-8 Damages Contentions And Patent L.R. 3-9 Responsive Damages Contentions.  Good cause appearing therefor, the Stipulation is hereby GRANTED, and the Court ORDERS as follows:

1. The Court grants a 14 day extension of the parties' Patent L.R. 3-8 Damages Contentions up to and including February 12, 2018 and further grants a 14 day extension of the Patent L.R. 3-9 Responsive Damages Contentions up to and including March 14, 2018.

Date:  January 22, 2018

_____
UNITED STATES DISTRICT JUDGE