ARENT FOX LLP
ATTORNEYS AT LAW
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Everlight Electronics Co., Ltd.,<br><br>    Plaintiff,<br><br>v.<br><br>Bridgelux, Inc.,<br><br>    Defendant. | Case No.  4:17-cv-03363-JSW<br><br>[~~PROPOSED~~] **ORDER**  AS MODIFIED<br><br>Complaint Filed:  June 10, 2017<br>Answer/Counterclaim Filed: July 6, 2017<br>Judge:  Hon. Jeffrey S. White, Courtroom 5<br>Noticed Hearing Date and Time: January 26, 2018 at 9:00 am |
| Bridgelux, Inc.,<br><br>    Counterclaimant,<br><br>v.<br><br>Everlight Electronics Co., Ltd., and Everlight Americas, Inc.,<br><br>    Counterdefendants. | |

# [~~PROPOSED~~] ORDER

Pursuant to the Court's Order Vacating Hearing and Requiring Joint Proposed Schedule (the "Order" [Dkt. No. 114]), the parties have cooperatively communicated regarding a proposed revised schedule and have stipulated to the following schedule:

| Deadline | Original Date | Revised Date |
|---|---|---|
| Damages Contentions | February 12, 2018 | June 1, 2018 |
| Responsive Damages Contentions | March 14, 2018 | June 29, 2018 |
| Completion of Claim Construction Discovery (Patent L.R. 4-4) | March 8, 2018 | July 13, 2018 |
| Opening Claim Construction Brief (Patent L.R. 4-5(a)) | March 23, 2018 | August 3, 2018 |
| Responding Claim Construction Answer Brief (Patent L.R. 4-5(b)) | April 6, 2018 | August 17, 2018 |
| Claim Construction Reply Brief (Patent L.R. 4-5(c)) | April 13, 2018 | August 24, 2018 |
| Tech Tutorial | May 10, 2018 | ~~September 21, 2018~~ September 20, 2018 |
| Claim Construction (Markman) Hearing (Patent L.R. 4-6) | May 17, 2018 | ~~September 28, 2018~~ September 27, 2018 |

IT IS SO ORDERED.

Dated: February 13, 2018

*[signature: Jeffrey S. White]*

~~HON.~~ JEFFREY S. WHITE